UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Selina Miller,                          )
                                        )
    Plaintiff,                      )
                                        )
        v.                          )
                                        )
Ohio Attorney General *et al.*,         )
                                        )
    Defendants.                     )
_____ )

Case: 1:15-cv-01169
Assigned To : Unassigned
Assign. Date · 7/21/2015
Description: Pro Se Gen. Civil

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*.  The Court will grant the plaintiff's application and dismiss the complaint for

lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000.  A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction.  *See* Fed. R. Civ. P. 8(a).  Failure to

plead such facts warrants dismissal of the action.  *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a resident of Columbus, Ohio.  She has brought a defamation suit against

Ohio's Attorney General and three Ohio-based attorneys, seeking $250 million in money

damages.  Jurisdiction is lacking because the complaint does not present a federal question, and

the parties are not of diverse citizenship.  Plaintiff's recourse lies, if at all, in the appropriate state

court in Ohio.  Hence, this case will be dismissed without prejudice.

United States District Judge

DATE: July _15_, 2015

2